IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD REYNOLDS BEY,** | ) | Civil Action No. 7:14cv00089 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **C. ZYCH**, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED and ADJUDGED** that claims against defendants John Doe and Mary Doe are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); the remaining defendants' motion to dismiss and for summary judgment (Docket No. 41) is **GRANTED**; Bey's motion for a permanent injunction (Docket No. 50) is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 26th day of August, 2015.

                                                        /s/ Norman K. Moon
                                                        NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE